UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIE LEE JEFFERSON, | ) | 3:07-CV-0033-BES (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | July 31, 2007 |
| | ) | |
| JAMES BENEDETTI and DONALD HELLING, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   Plaintiff has filed a Motion for Stay of Proceedings and an Enlargement of Time in Which to File a Responsive Defense in Opposition-Reply (Doc. #9). On July 16, 2007, Plaintiff filed a document entitled Plaintiff's Motion Defendants has Failed to File Timely Pleadings (Doc. #13) pointing out that Defendants had failed to oppose the Motion for Stay. On July 30, 2007, Defendants filed a Notice of Non-Opposition to Plaintiff's Miscellaneous Motions (Doc. #14).

   Even though Defendants do not oppose Plaintiff's Motion for Stay, a stay of this case is not conducive to the orderly processing of the case. Furthermore, Plaintiff has failed to state any adequate reasons why this matter should be stayed, other than he has a large amount of litigation pending. That is not sufficient justification for a stay.

///

MINUTES OF THE COURT
3:07-CV-0033-BES (RAM)
July 31, 2007
Page Two
_____


      Plaintiff should also be advised that the Federal Rules of Civil Procedure do not provide for any response or reply to the Answers filed by Defendants in this case and, therefore, Plaintiff needs no enlargement of time to file such a document.

      Plaintiff's Motion for Stay and Enlargement of Time (Doc. #9) is <u>DENIED</u>.

      IT IS SO ORDERED.

                                                    LANCE S. WILSON, CLERK

                                                   By:_____/s/_____
                                                             Deputy Clerk