FILED ENTERED
RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                           DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE LEE JEFFERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES BENEDETTI and<br>DONALD HELLING,<br><br>    Defendants. | 3:07-CV-00033-RCJ-RAM<br><br>**ORDER** |

Before the Court is Plaintiff's Objection to United States Magistrate Judge "Order" (Docket #52) (ECF No. 54) filed on September 9, 2010. The Magistrate Judge's Order #52 granted Defendants' Motion for Leave to File Dispositive Motion (ECF No. 51).

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. §636 (b)(1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

IT IS HEREBY ORDERED that the Magistrate Judge's Order (#52) will, therefore, be sustained and Plaintiff's Objection to United States Magistrate Judge "Order" (Docket #52) (ECF No. 54) is DENIED.

IT IS SO ORDERED.

DATED: this     31st     May, 2011.

_____
ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE