AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

WILLIE LEE JEFFERSON,

        Plaintiff,           JUDGMENT IN A CIVIL CASE
   V.

                             CASE NUMBER: **3:07-cv-00033-RCJ-RAM**

JAMES BENEDETTI and
DONALD HELLING, et al.,

        Defendants.

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**      **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Court hereby ADOPTS and ACCEPTS the Magistrate Judge's Report and Recommendation (Doc. #66) and therefore GRANTS Defendants' Motion for Summary Judgment (Doc. #59).

   June 1, 2011                                                           **LANCE S. WILSON**
                                                                               Clerk

                                                                               /s/ Katie Lynn Ogden
                                                                                Deputy Clerk